IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| O.K., | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Case No. 4:25-cv-257-CDL-CHW |
| | : | 28 U.S.C. § 2241 |
| WARDEN, STEWART DETENTION CENTER., | : | |
| | : | |
| | : | |
| Respondent. | : | |

## ORDER TO RESPOND

Petitioner has filed a motion for temporary restraining order (ECF Nos. 7, 8), in which he asserts that the Department of Homeland Security may seek to have him deported to a third country rather than to his country of nationality, Iran. Petitioner did not file an affidavit or verified complaint that clearly shows that immediate and irreparable injury will result before the Respondent can be heard in opposition to the motion, as required by Rule 65(b)(1)(A) of the Federal Rules of Civil Procedure. Accordingly, the motion is construed as a motion for preliminary injunction, and the Respondent shall have 14 days from the date of this order to file a response. Petitioner shall have 14 days thereafter to file any reply. The Court will consider whether to hold an evidentiary hearing once briefing is complete.

**SO ORDERED**, this 22nd day of September, 2025.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge